861 F.2d 715
 Spencer (Lenvill), J & K Home Improvement, Inc., Tri-State
Builders, Inc.
v.
West American Insurance Co, Yeager (Earl), Bruster (Paul),
McKenzie (Paul), Welch, W.V., Bailey Lumber Co.,
Bank Armeri, New Emey Signs, Hedges
(Dan), Former Deputy Attorney
General Grub,
 NOS. 88-7028, 88-7196
 United States Court of Appeals,
Fourth Circuit.
 OCT 12, 1988
 
 1
 Appeal From: S.D.W.Va.
 
 
 2
 CPC DENIED-AFFIRMED IN PART AND DISMISSED IN PART.